# FRIEDMAN, JAMES & BUCHSBAUM LLP

ATTORNEYS AT LAW

132 NASSAU STREET

SUITE 900

NEW YORK, NY 10038

(212) 233-9385

FAX (212) 619-2340

www.friedmanjames.com

BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

NEW JERSEY OFFICE
200 CRAIG ROAD
MANALAPAN, NJ 07726
(732) 431-1978

**abuchsbaum@friedmanjames.com**  October 9, 2013

**By ECF**
Honorable Marvin J. Garbis
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

Re:  *Norman Wilfong, III v. Norfolk Dredging Company*
**U.S. District Court of Maryland**
**Civil Action #: 1:11-cv-3766-MJG**

Dear Judge Garbis:

We represent plaintiff Norman Wilfong, III in this matter. We write seeking Court intervention so as to require defendants to provide access to their barge "Choctaw" without the necessity of plaintiff's attorneys and experts signing the attached release. The parties' attorneys and experts have scheduled an inspection of defendant's barge "Choctaw" for October 18, 2013 off of Fire Island, New York. However, defendants have required plaintiff's attorneys and plaintiff's experts to sign the attached release. We could not in good conscience recommend that a client sign such an agreement, much less ourselves or our experts. Additionally, we believe there is no precedent for requiring such a release, and caselaw confirms this. See, e.g., Hindle v National Bulk Carriers, 18 F.R.D. 198 (S.D.N.Y. 1955); O'Neil v. Seatrain Lines, Inc., 445 N.Y.S.2d 925 (Sup. Ct. NY Cty. 1981); Melis v Veritas S.S. Co., 197 N.Y.S. 2d 268 (Sup. Ct. Kings Cty. 1960).

Pursuant to Local Rules, we have corresponded with defendant's attorneys in an attempt to resolve this issue without avail. In view of the impending inspection, we would request the Court's intervention as soon as possible.

Respectfully,

FRIEDMAN, JAMES & BUCHSBAUM LLP

Andrew V. Buchsbaum*

AVB:eso (enc.)

*admitted pro hac vice*

cc:    **By ECF & e-mail**
James L. Chapman, IV, Esq. (jchapman@cwm-law.com)
Steven M. Stancliff, Esq. (sstancliff@cwm-law.com)
Crenshaw, Ware & Martin, P.L.C.
Attorneys for Norfolk Dredging Company
150 West Main St., Suite 1500
Norfolk, VA 23510

# VISITOR BOARDING AGREEMENT

| | |
|---|---|
| NAME OF VISITOR (hereinafter "VISITOR"): | |
| NAME OF VISITOR'S COMPANY: | |
| NAME OF VESSEL(S) (hereinafter "VESSEL"): | |

## IMPORTANT!  READ THE FOLLOWING TERMS AND CONDITIONS OF THIS AGREEMENT:

In exchange for the privilege to board the VESSEL, and other good and valuable consideration, VISITOR agrees as follows:

Norfolk Dredging Company and its principals, officers, directors, servants, employees, crews, agents, subsidiaries and affiliates (collectively "NDC") shall not be liable to VISITOR, VISITOR's insurers, or any third party for any claim, demand, injury, illness, death, damage, loss, action or cause of action arising in connection with or incident to VISITOR's decision or effort to board the VESSEL, VISITOR's presence on board the VESSEL, VISITOR's decision or effort to disembark the VESSEL, VISITOR's presence near the VESSEL, or any other act or omission under this Agreement, even if caused in whole or in part by unseaworthiness of the VESSEL, and VISITOR hereby releases NDC from the same.

VISITOR shall indemnify, defend and hold harmless NDC and the VESSEL from all liability, damages, judgments, claims, suits, demands, losses, expenses, arrests, in rem claims and third party claims (including reasonable attorneys' fees and costs through appeal) arising in connection with or incident to VISITOR's decision or effort to board the VESSEL, VISITOR's presence on board the VESSEL, VISITOR's decision or effort to disembark the VESSEL, VISITOR's presence near the VESSEL, or any other act or omission under this Agreement, even if caused in whole or in part by unseaworthiness of the VESSEL.

All actions and disputes arising in connection with or incident to this Agreement, including VISITOR's decision or effort to board the VESSEL, VISITOR's presence on board the VESSEL, VISITOR's decision or effort to disembark the VESSEL, VISITOR's presence near the VESSEL, and any other act or omission under this Agreement, shall be brought only in the United States District Court for the Eastern District of Virginia, Norfolk Division, or, if such court lacks subject matter jurisdiction, in the Circuit Court for the City of Norfolk, Virginia.  All such actions and disputes shall be governed by the general maritime law of the United States and, to the extent of any gap in the general maritime law, the law of the Commonwealth of Virginia.  VISITOR consents to the jurisdiction and venue of the courts above and waives any right to trial by jury.

VISITOR agrees to follow all oral or written instructions, policies, rules, regulations and restrictions provided to VISITOR by NDC.  VISITOR shall disembark the VESSEL immediately if VISITOR fails to obey any of NDC's instructions, policies, rules, regulations or restrictions.

If any section or provision of this Agreement is declared invalid, illegal or unenforceable in any respect in any jurisdiction, then such invalidity, illegality or unenforceability shall not affect the remaining sections or provisions, which shall remain in full force and effect.

I confirm that I have read and fully understand this Agreement and agree to all of its terms:


VISITOR's Signature: _____          Date: _____