```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

NORMAN WILFONG, III              *

            Plaintiff     *

        vs.               *    CIVIL ACTION NO. MJG-11-3766

NORFOLK DREDGING COMPANY         *

            Defendant     *

*       *       *       *       *       *       *       *
```

## ORDER RE: BARGE INSPECTION

The Court has before it the parties' respective letters regarding the conditions for inspection of the Defendant's barge "Choctaw" [Documents 34 and 35].

Defendant represents, and the Court has no reason to doubt that it routinely requires a Visitor Boarding Agreement to be signed by persons other than its employees who board its barges. Page 3 of Document 34 is a specimen of the agreement used with regard to persons involved with litigation – including opposing counsel and expert witnesses. In essence, the signatory agrees to waive any claim relating to injury, etc. incurred in connection with the visit to the barge. Defendant represents that there is no substantial difference between the "litigation related" form and that used for other non-employee visitors except that there is a choice of forum clause in the "litigation related" form.

The Court concludes, having heard from the parties:

1. Defendant may require Plaintiff's representatives to sign a visitor agreement on the form utilized for non-employees who are, or represent, customers of Defendant.

2. If Defendant takes any action or inaction that would interfere or obstruct the inspection of the barge by Plaintiff's representatives, the Court will consider appropriate relief.

3. Should Plaintiff elect to forego entry on the barge by his representatives, the Defendant shall provide - by its own employees or agents - such photographs, measurements, and other information obtainable from an entry on the barge as may reasonably be requested by Plaintiff.

SO ORDERED, on Friday, October 11, 2013.

                                                  /s/
                                Marvin J. Garbis
                      United States District Judge